FILED

Reset Form

2026 SEP 24 AM 10: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY GSA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>Trung Nguyen Uan<br>DEFENDANT(S). | CASE NUMBER<br>MJ 26-05587<br><br>**DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: United States District Court
in the Western District of Missouri on 9/23/2026
at 1:07 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 8/9/2024
in violation of Title 18 U.S.C., Section(s) 1956(a)(1)(B)(i), 1957(a),(b)(i)
to wit: Money Laundering

A warrant for defendant's arrest was issued by: Mag. Judge Lajuana M Counts

Bond of $ ____________ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/24/2026
Date

[signature]
Signature of Agent

Savannah Baker
Print Name of Agent

FBI
Agency

Special Agent
Title